1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

AMTRUST INTERNATIONAL
UNDERWRITERS LIMITED,

Case No.  21-cv-01916-PJH

8

Plaintiff,

9

v.

**ORDER OF REFERENCE TO
MAGISTRATE JUDGE RE
PLAINTIFF'S APPLICATION FOR
ENTRY OF DEFAULT JUDGMENT**

10

CHRISTOPHER JOSEPH
JIANNALONE, JR., et al.,

11
12

Defendants.

13

   Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a

14

report and recommendation on plaintiff's application for entry of default judgment (Dkt.

15

24).  Any date for hearing on this motion previously noticed on the undersigned's

16

calendar is **VACATED**.

17

   The parties will be advised of the date, time, place, and method of any appearance

18

by notice from the assigned magistrate judge.

19

   **IT IS SO ORDERED.**

20

Dated:  August 4, 2021

21

/s/ Phyllis J. Hamilton_____

22

PHYLLIS J. HAMILTON
United States District Judge

23
24
25
26
27
28

United States District Court
Northern District of California