UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMTRUST INTERNATIONAL UNDERWRITERS LIMITED,

Plaintiff,

v.

CHRISTOPHER JOSEPH JIANNALONE, JR., et al.,

Defendants.

Case No. 21-cv-01916-PJH

**ORDER TO SUPPLEMENT**

Re: Dkt. Nos. 24, 29

The court is in receipt of Magistrate Judge Tse's Report and Recommendation ("R&R"), recommending the grant of plaintiff's motion for default judgment. The court has reviewed the R&R, as well as plaintiff's motion and complaint, and is unclear about the magistrate judge's determination that subject matter jurisdiction exists. While the complaint avers that diversity jurisdiction is established by the citizenship of the parties, it does not explain how the $75,000 amount in controversy threshold is met when the only monetary relief sought is an amount less than $27,000. Assuming that the jurisdictional amount can be met by additional allegations of damages or a valuation of the injunctive and declaratory relief sought, plaintiff must, at minimum, articulate its theory.

Accordingly, plaintiff shall supplement its filing with the requested information by November 29, 2021, the current deadline for objections.

**IT IS SO ORDERED.**

Dated: November 22, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge