UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER JOSEPH JIANNALONE, JR., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01916-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 29 |

The court has reviewed Magistrate Judge Alex G. Tse's Report and Recommendation Re: Plaintiff's Motion for Default Judgment, as well as plaintiff's supplemental brief. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: November 30, 2021

　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge