United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMTRUST INTERNATIONAL
UNDERWRITERS LIMITED,

Plaintiff,

v.

CHRISTOPHER JOSEPH
JIANNALONE, JR., et al.,

Defendants.

Case No.  21-cv-01916-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted plaintiff's motion for default judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of plaintiff and against defendants.

The court ORDERS commercial general liability policy numbers XN107087300, effective February 11, 2017 to February 11, 2018, and XN107087301, effective February 11, 2018 to February 11, 2019, issued by plaintiff to "CHRISTOPHER JOSEPH JIANNALONE CALIFORNIA REMODELING SERVICE" as the named insured, rescinded and void *ab initio* due to material misrepresentations and concealment of material facts in the policy applications.  The court ORDERS that plaintiff is entitled to retain the $1,516.01 in premiums paid for the policies, plus any accrued interest, as a setoff for the $24,195.68 paid by plaintiff to investigate, settle, or otherwise respond to claims made under the policies.  The court ORDERS that the rescission of these policies is binding and

enforceable against all defendants.

**IT IS SO ORDERED.**

Dated:  November 30, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge